**Order entered February 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00134-CR

**RAMON MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-16131-Q**

## ORDER

The Court has before it appellant's motion to establish a new timetable for the appeal. Appellant asserts that although his motion for new trial was filed on September 9, 2013 and his notice of appeal was filed on October 2, 2013, the notice of appeal was not forwarded to this Court until counsel was appointed on January 30, 2015. We **GRANT** appellant's motion as follows.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **TWENTY-ONE DAYS** of the date of this order.

We **ORDER** court reporter Marissa Garza, formerly of the 204th Judicial District Court, to file the reporter's record within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; Marissa Garza, official court reporter, County Criminal Court No. 4; and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE